### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TOLEKSIS BIIN TUTORA,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-5409 |
| | : | |
| **FIRST JUDICIAL DISTRICT** | : | |
| **OF PHILADELPHIA,** *et al.*, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 29th day of January, 2025, upon consideration of Plaintiff Toleksis Biin Tutora's Motion to Proceed *In Forma Pauperis* (ECF No. 6), it is **ORDERED** that:

1. Tutora's Motion to Proceed *In Forma Pauperis* is **DENIED** pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum.

2. If Tutora seeks to proceed with this case, he shall remit $405 to the Clerk of Court within thirty (30) days of the date of this Order. Any money that Tutora pays toward the fees is not refundable, even if this case is dismissed.

3. In the event Tutora pays the fees, the Clerk shall not issue summonses until so **ORDERED**, so that the Court may screen the Complaint pursuant to 28 U.S.C. § 1915A.

4. If Tutora fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

*/s/  Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,          J.**